UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CRYSTAL GRIMSLEY, *Individually and* :
*as Administratrix of* THE ESTATE OF :
RICKIE L. GRIMSLEY, :
    Plaintiff :
: CIVIL NO. 1:15-CV-1275
    v. :
:
THE MANITOWOC COMPANY, INC., :
*et al.*, :
    Defendants

## *O R D E R*

AND NOW, upon consideration of Defendant Grove U.S. L.L.C.'s motion (Doc. 41) for protective order and to quash Plaintiff's third-party subpoena to its purported workers' compensation insurer, Sentry Insurance Company, and, in accord with the accompanying memorandum, it is ORDERED that the motion is DENIED.

                                          /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge