# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL GRIMSLEY, Individually And as Administratrix of the Estate Of Rickie L. Grimsley, Deceased, | : : : : | 1:15-cv-1275 |
| Plaintiff, | : : | Hon. John E. Jones III |
| v. | : : | |
| THE MANITOWOC COMPANY, INC. MANITOWOC CRANE COMPANIES, LLC, MANITOWOC CRANES, LLC, GROVE U.S., LLC, and KYLE MELLOTT | : : : : : | |
| Defendants. | : | |

## ORDER

**January 30, 2019**

Presently before this Court are five motions for summary judgment. In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. The Amended Motion for Summary Judgment of Plaintiff, Crystal Grimsley, (Doc. 106), is **DENIED**.

2. The Motion for Summary Judgment of Defendants Grove U.S. LLC and Kyle Mellott, (Doc. 98), is **GRANTED**.

3. The Motion for Summary Judgment of Defendant The Manitowoc Company, Inc., (Doc. 103), is **GRANTED**.

4. The Motion for Summary Judgment of Defendant Manitowoc Cranes, LLC, (Doc. 105), is **GRANTED**.

5. The Motion for Summary Judgment of Defendant Manitowoc Crane Companies, LLC, (Doc. 110), is **GRANTED**.

6. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III  
John E. Jones III  
United States District Judge
